# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 1:23-CV-05175-BMC

Date Filed: 7/7/2023

**Plaintiff: DOUGLAS ANTONIO JURADO**

vs.

**Defendant: BISBAS GOURMET DELI INC.; ET AL**

For:
COLIN MULHOLLAND
COLIN MULHOLLAND, ESQ
30-97 STEINWAY STREET
#301A
ASTORIA, NY 11103

Received by Metro Process Servers of NY, Inc. to be served on **ZEYAD ALAWDI, 243-06 MERRICK BOULEVARD, ROSEDALE, NY 11422.**

I, MOHANED ELGIZAWY, being duly sworn, depose and say that on the **14th day of July, 2023** at **12:18 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; INITIAL ORDER** with **ABDULLAH DOE, CO WORKER** at **243-06 MERRICK BOULEVARD, ROSEDALE, NY 11422**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; INITIAL ORDER** in a postpaid envelope addressed to: **243-06 MERRICK BOULEVARD, ROSEDALE, NY 11422** and bearing the words "Personal & Confidential" by First Class Mail on **7/14/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Upon information and belief I aver that the defendant is not in military service of New York State or the United States as that term is defined in either the state or in the federal statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Brown, Height: 5'9", Weight: 165, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

County of Queens State of New York
Subscribed and Sworn to before me on the 18 day of July, 2023 by the affiant who is personally known to me.

_Corissa Martinez_
COMMISSIONER OF DEEDS
City of New York - No. 3-7441
Certificate Filed in Bronx County
Commission Expires August 1, 2024

MOHANED ELGIZAWY
2078481

Metro Process Servers of NY, Inc.
29-17A 23rd Ave.
Astoria, NY 11105
(718) 440-3144

Our Job Serial Number: MRO-2023000832

