AFFIRMATION OF SERVICE:

Colin Mulholland, Esq., an attorney duly admitted to practice law before the Courts of the State of New York, deposes and says the following under the penalties of perjury:

1. I am over 18 years of age. I am not a party to this action and I maintain offices at 36-36 33rd Street, Suite 308 Astoria, NY 11106.

2. I am the attorney for Plaintiff Jurado.

3. On September 21, 2023 before 5:00 P.M., I served the attached documents styled **"Notice of Motion for Default Judgement and Accompanying Exhibits"** on each of Ahmed Abdullah Alawdi, Zeyat Alawadi and Bisbas Gourmet Deli Inc. by serving the below addressees by depositing a true copy of same enclosed in a prepaid properly addressed wrapper, in an official depository under the exclusive care and custody of FedEx within the State of New York by FedEx Ground (Receipt Attached):

AHMED ABDULLAH ALAWDI & ZEYAT ALAWDI
243-02 Francis Lewis Blvd
Rosedale, NY 11422

AHMED ABDULLAH ALAWDI & ZEYAT ALAWDI
243-06 Merrick Blvd
Rosedale, NY 11422

Dated: Astoria, New York
September 21, 2023

Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*